UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HISTORIC SHIPWRECK, INC.,
a Florida corporation,
v.                                           Case No. 2:88-cv-56-FTM-15

THE UNIDENTIFIED, WRECKED AND
ABANDONED SAILING SHIP,
etc.
_____/

## O R D E R

This cause came on for consideration of Plaintiff's Motion for Return of Bond for Costs (D-29). The Court, having considered the motion and being otherwise fully advised, finds that the requested relief is appropriate.

It is therefore ORDERED as follows:

(1) Plaintiff's Motion for Return of Bond for Costs (D-29) is GRANTED. Inasmuch as this case has been closed, the bond previously deposited into the Registry of the Court on April 20, 1988, shall be returned forthwith to Horan, Wallace & Higgins, LLP, Trust Account, 608 Whitehead Street, Key West, Florida, 33040 (TAX ID 65-0269705).

DONE and ORDERED in Tampa, Florida on November 19th, 2015.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT